214

James Bruce DIPPEL,
Petitioner/Respondent,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent/Appellant.

No. 66488.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 28, 1995.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, for appellant.

Donald H. Clooney, Timothy R. Anderson, Clooney & Anderson, St. Louis, for respondent.

Before REINHARD, P.J., and CRANDALL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

The Director of Revenue (Director) appeals from the order of the St. Louis County Circuit Court restoring petitioner's driving privileges after they had been revoked by the Director for failure to submit to a chemical test. We affirm. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. Rule 84.16.